IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEPTUN LIGHT, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF CHICAGO; CHICAGO INFRASTRUCTURE TRUST; and AMERESCO, INC. <br><br> Defendant. | Case No.: 2017-CV-08343 <br> Hon. Amy J. St Eve |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, NEPTUN LIGHT, INC., by and through its attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby voluntarily dismisses its claims against the Defendants, CITY OF CHICAGO, CHICAGO INFRASTRUCTURE TRUST, and AMERESCO, INC., without prejudice.

Dated: May 7, 2018              Respectfully Submitted,

By: */s/ Sudip Kundu*
Sudip Kundu (pro hac vice)
KUNDU PLLC
1501 Broadway, 12th Floor
New York, NY 10036

Douglas E. Whitney
DOUGLAS WHITNEY LAW OFFICES
321 N. Clark St., Suite 1301
Chicago, Illinois 60654

*Attorneys for Plaintiff Neptun Light, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2018, in accordance with LR5.9 and Fed. R. Civ. P. 5, I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing all counsel of record at their e-mail addresses on file with the Court.

*/s/ Douglas E. Whitney*
Douglas E. Whitney